# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEAURELL GARNER,<br><br>       Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON,<br><br>       Respondent. | No. 2:22-cv-08193-WLH-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED July 7, 2023

                                                HONORABLE WESLEY L. HSU
                                           UNITED STATES DISTRICT JUDGE